UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY R. McKEE,<br><br>        Plaintiff,<br><br>    v.<br><br>LOREN TAYLOR, *et al.*,<br><br>        Defendants. | CASE NO. C09-5207RJB<br><br><br>ORDER CONSOLIDATING CASES |
| JEFFREY R. McKEE,<br><br>        Plaintiff,<br><br>    v.<br><br>D. CHERRY, *et al.,*<br><br>        Defendants. | CASE NO. C09-5208FDB |

The two cases listed above are before this court on defendant's motion to consolidate (09-5207RJB Dkt # 21, 09-5209FDB Dkt. # 15). Plaintiff opposes consolidation (09-5207 Dkt. # 30).

The Court has examined both complaints. Both cases arise out of the same facility, and both complaints allege a denial of access to courts and a claim of retaliation. Although the

ORDER - 1

factual predicates and parties are not identical, judicial economy warrants consolidation of these two cases. See, Fed. R. Civ. P 42. According it is hereby ORDERED:

1. Case number C09-5208FDB is consolidated with Case number C09-5207RJB. The cases will be consolidated as Case number C09-5207RJB. Future filings should be under file in C09-5207RJB

2. The Clerk's office is directed to file this order in Case number C09-5208FDB and to administratively close C09-5208FDB

3. Defendants filed a motion to dismiss in C09-5207RJB (Dkt. # 29); that motion is noted for July 31, 2009. Defendants shall inform the court and plaintiff immediately if they wish the court to consider this motion, or if they wish to withdraw the motion, so that a motion addressing all issues and all defendants can be filed. Defendants should answer this question with a filing filed not later than July 22, 2009. If the motion is not withdrawn, plaintiff's response will be due by July 27, 2009.

4. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

5. This matter is re-referred to the Honorable Magistrate Judge Richard Creatura.

DATED this 17th day of July, 2009.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER - 2